# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Napoleon J. Rankin Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00027-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Pittman | ) | |
| FNU Ball | ) | |
| FNU Burleson | ) | |
| FNU Aldridge | ) | |
| FNU Breiner | ) | |
| FNU Grindstaff | ) | |
| FNU Dellienger | ) | |
| FNU Burke, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2016 Order.

February 10, 2016

_____
Frank G. Johns, Clerk
United States District Court